UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN TERRELL DAVIS,

    Plaintiff,

v.                      Case No.:  2:25-cv-344-SPC-NPM

WENDY JULES, ROBERT STONEROCK, and DONATHAN BRITTANY,

    Defendants.
_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff Allen Terrell Davis's Complaint (Doc. 1). Davis, a pretrial detainee in Lee County Jail, sues three private citizens under 42 U.S.C. § 1983. Davis accuses the defendants of lying to the police and the Florida Department of Children and Families in relation to the criminal charges pending against him. To state a claim under § 1983, a plaintiff "must allege that a person acting under color of state law deprived him of a federal right." *McIndoo v. Broward Cnty.*, 750 F. App'x 816, 819 (11th Cir. 2018). Because the defendants are private citizens, they do not operate under color of state law, so Davis cannot sue them under § 1983.

Also, this is not a proper venue to challenge the evidence in a pending state criminal case. Federal courts are not intended as a "pre-trial motion

forum for state prisoners." *Braden v. 30th Judicial Circuit Court of Ky.*, 410 U.S. 484, 493 (1973). Further, principles of equity, comity, and federalism require the Court to abstain from interfering in state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37, 45 (1971). Davis provides no reason for this Court to overlook the abstention principle. Nor does he allege any facts that warrant application of any exception to the *Younger* doctrine.

Granting Davis leave to amend would be futile here. Davis cannot sue the defendant under § 1983, and no amendment will make this the proper venue for Davis's allegations. Accordingly, Plaintiff Allen Terrell Davis's Complaint (Doc. 1) is **DISMISSED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

2